IRA H. HOLLEY, as Assignee of ASBA CORPORATION, et al.,
Appellants.

(Argued May 21, 1935; decided June 4, 1935.)

*Barney Bernstein, Michael Feiring* and *Max E. Sanders* for appellants.

*Irving E. Kanner* and *Morris Laufgraben* for respondent.

Orders affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.